UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:26-cv-00365 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | The Honorable Aleta A. Trauger |
| vs. | ) ) ) | MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD |
| ORACLE CORPORATION, et al., | ) ) | PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| Defendants. | ) ) | |
| | ) | |

Class member and proposed lead plaintiff Rashesh Patel, by and through undersigned counsel, will and hereby does move this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order appointing Mr. Patel as Lead Plaintiff and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1] This Motion is made on the grounds that Mr. Patel is the most adequate plaintiff to serve as lead

---

[1] Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Mr. Patel cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on April 6th. Accordingly, Mr. Patel's counsel respectfully requests that compliance with LR7.01(a)(1) be waived as to the unknown movants. *See Franchi v. SmileDirectClub, Inc.*, 2020 WL 6479561, at *2 (M.D. Tenn. Jan. 27, 2020) (recognizing that "requirement comes into conflict with the provisions of the PSLRA" because "no prospective lead plaintiff can determine which, if any, other parties will also move for appointment until after the deadline to file has expired" and "waiv[ing] the requirement to comply with LR 7.01(a) in this instance").

- 1 -

plaintiff in the action.  In support of this Motion, Mr. Patel submits herewith a Memorandum of Points and Authorities and the Declaration of Christopher M. Wood.

DATED:  April 6, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD (BPR #032977)
CHRISTOPHER H. LYONS (BPR #034853)
JERRY E. MARTIN (BPR #20193)

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
cwood@rgrdlaw.com
jmartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -