UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>) | Civil Action No. 3:26-cv-00365 |
| Plaintiff, )<br>) | CLASS ACTION |
| | The Honorable Aleta A. Trauger |
| vs. )<br>) | NOTICE OF VOLUNTARY DISMISSAL |
| ORACLE CORPORATION, et al., )<br>) | |
| Defendants. )<br>) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jackson County Employees' Retirement System hereby voluntarily dismisses this action against all defendants as to all claims without prejudice. No defendant has either answered the complaint or filed a motion for summary judgment, and no class has been certified.

DATED: April 20, 2026

ROBBINS GELLER RUDMAN
 & DOWD LLP
CHRISTOPHER M. WOOD (BPR #032977)

_____
        s/ Christopher M. Wood
      CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
cwood@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com

VANOVERBEKE, MICHAUD &
   TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

Attorneys for Plaintiff

- 2 -