# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>ORACLE CORPORATION, SAFRA A. CATZ, CLAYTON M. MAGOUYRK, MICHAEL D. SICILIA, DOUGLAS KEHRING, and LAWRENCE J. ELLISON,<br><br>            Defendants. | Case No. 3:26-cv-00365<br><br>District Judge Aleta A. Trauger<br><br>**<u>CLASS ACTION</u>** |

## ORDER GRANTING THE MOTION OF SPARINVEST S.A. AND SEB FUNDS AB FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND</u> <u>APPROVAL OF SELECTION OF COUNSEL</u>

Having considered the Motion of Sparinvest S.A. and SEB Funds AB for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor,

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, Sparinvest S.A. and SEB Funds AB are appointed to serve as Lead Plaintiff in the above-captioned matter.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Sparinvest S.A. and SEB Funds AB's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class is approved. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c) to direct and coordinate the examination of witnesses in depositions;

   d) to act as spokesperson at pretrial conferences;

   e) to initiate and conduct any settlement negotiations with defendants' counsel;

   f) to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

   g) to consult with and employ experts; and

h) to perform such other duties as may be expressly authorized by further order of this Court.

4. No motions, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff on behalf of the class or putative class without the approval of Lead Counsel.

DATED: ___4/21/2026_____

_____
HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE