**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION**

JACKSON COUNTY EMPLOYEES'
RETIREMENT SYSTEM on behalf of
itself and all others similarly situated,

      Plaintiff,

v.

ORACLE CORPORATION, ET AL.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-365

Judge Aleta A. Trauger

## <u>ORDER</u>

This case was voluntarily dismissed by the plaintiff on April 20, 2026 (Doc. No. 27). In error, the court issued an Order that was docketed the next day dealing with the appointment of lead plaintiff and selection of counsel (Doc. No. 30). That Order is hereby VACATED, and the Clerk is directed to close this file, as these claims will be litigated in Delaware.

IT IS SO ORDERED.

ALETA A. TRAUGER
United States District Judge